192 So. 924
### Boyd TODD v. STATE.
### 8 Div. 917.

Court of Appeals of Alabama.
Nov. 28, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

199 So. 917
### Dwight TODD v. STATE.
### 8 Div. 62.

Court of Appeals of Alabama.
Nov. 26, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

197 So. 903
### William TOWNSEND v. STATE.
### 8 Div. 971.

Court of Appeals of Alabama.
June 25, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

193 So. 894
### Dewey TRAFFENSTEDT v. STATE.
### 7 Div. 479.

Court of Appeals of Alabama.
Jan. 16, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

192 So. 925
### Clarence TRIMNELL, alias Trim, v. STATE.
### 4 Div. 542.

Court of Appeals of Alabama.
Nov. 28, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

192 So. 925
### John TUCKER v. STATE.
### 7 Div. 482.

Court of Appeals of Alabama.
Dec. 19, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.